# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

****************************************************************

United States of America      Case No.: CV96-3675 CBM(SHx)
ex rel. Peggy Foster, etc

    Plaintiff,

VS.

**NOTICE**

The Parson Corporation,
    Defendant.

****************************************************************
              <u>XX</u>  CIVIL          __ CRIMINAL
****************************************************************

TYPE OF PROCEEDINGS
**Defendants'** Motion for Protective Order staying dsicovery ruling on their motion to dismiss or in the alternative, pending the filing of an Amended Complaint.

---

     <u>XXX</u>  **TAKE NOTICE** That the proceeding in this case has been ADVANCED/CONTINUED/CALENDER as indicated below:

---

| Place | Date and Place previously scheduled: | Calendar to date/time |
|---|---|---|
| 312 N. Spring St. L.A., CA | 12/27/99 2:00p.m CTRM: "20" | 12/20/99 2:00 p.m. CTRM: "20" |

---

                                      STEPHEN J. HILLMAN
                                      U.S. MAGISTRATE JUDGE

December 1, 1999
DATE
                                      SANDRA BUTLER , Deputy Clerk

CC: Judge Hillman
      Parties of Record

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 1999
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED ON ICMS
DEC 2 1999
CV